IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00079-F-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| VANESSA HOWELL MAY, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's letter motion [DE-433] addressed to the undersigned. In her motion, Defendant is seeking relief from the payments the Bureau of Prisons is asking her to pay each month through the Inmate Financial Responsibility Program.

In its Judgment, the court ordered Defendant to pay $100.00 in a special assessment and $6,729.00 in restitution. *See* Judgment [DE-263] at 5. It was ordered that the monetary penalties were due in full immediately. *Id.* at 6.

Because Defendant's motion challenges the implementation of the restitution portion of her sentence, the undersigned construes the motion as a petition for habeas corpus relief under 28 U.S.C. § 2241. *See United States v. Gripper*, 224 F. App'x. 219, 220 (4th Cir. 2007). A § 2241 petition must be brought in the district in which the petitioner is incarcerated. *Id.* (citing *In re Jones*, 226 F.3d 328, 332 (4th Cir. 2000)). Defendant is confined at FPC Alderson, in Alderson, West Virginia.

In light of the foregoing, Defendant's letter motion [DE-433] is DENIED without prejudice to her to re-file in the district where she is confined.

SO ORDERED.

This, the 27 day of May, 2016.

                                         */s/ James C. Fox*
                                         JAMES C. FOX
                                         Senior United States District Judge