IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00079-F-9
No. 5:16-CV-00048-F

| | |
|---|---|
| VANESSA HOWELL MAY, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| Respondent. ) | |

This matter is before the court on Vanessa Howell May's Motion for Reconsideration [DE-442]. May requests that the court reconsider its order denying her an extension of time to respond to the Government's Motion to Dismiss. May is advised that the court will entertain her objections to the Motion to Dismiss in a motion for reconsideration. May's Motion for Reconsideration [DE-442] is ALLOWED to the extent that the court will entertain her arguments, which should be filed with the court within forty-five (45) days from the date of this order.

SO ORDERED.

This, the 19' day of July, 2016.

*James C. Fox*
JAMES C. FOX
Senior U.S. District Judge